Marc S T Dworsky (SBN 157413)
mdworsky@reidcollins.com
REID COLLINS & TSAI LLP
7 W. Figueroa Street, Suite 300
Santa Barbara, CA 93101
Telephone: (213) 429-4022

William T. Reid (*pro hac vice*)
wreid@reidcollins.com
REID COLLINS & TSAI LLP
1301 S. Capital of Texas Hwy, Suite C300
Austin, TX 78746
Telephone: (512) 647-6100
Fax: (512)647-6129

Jonathan M. Kass (*pro hac vice*)
jkass@reidcollins.com
REID COLLINS & TSAI LLP
300 Delaware Avenue, Suite 770
Wilmington, DE 19801
Telephone: (302) 467-1765

Rachel S. Fleishman (*pro hac vice*)
rfleishman@reidcollins.com
Minyao Wang (*pro hac vice*)
mwang@reidcollins.com
REID COLLINS & TSAI LLP
330 West 58th Street, Suite 403
New York, NY 10019
Telephone: (212) 344-5200
Fax: (212) 344-5299

*Attorneys for Petitioner*

**FILED**

Jan 21 2022

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
BY        s/ judep        **DEPUTY**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

22MC112

| | |
|---|---|
| **In Re** <br><br> **OASIS FOCUS FUND LP,** <br><br> **Petitioner, for an Order Pursuant to 28 U.S.C.§ 1782 to Conduct Discovery for Use in a Foreign Proceeding** | **CASE NO. 22- _____** <br><br> **NOTICE OF PETITION AND PETITION OF OASIS FOCUS FUND LP FOR AN EX PARTE ORDER OF JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782** |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Oasis Focus Fund LP ("Oasis" or "Petitioner"), by and through its counsel, respectfully requests an *ex parte* order in the form attached to the Minyao Wang Declaration permitting Petitioner to obtain certain discovery from TuSimple Holdings Inc. ("TuSimple" or "Respondent") under 28 U.S.C. § 1782 ("Section 1782") in connection with an appraisal proceeding pending in the Financial Services Division of the Grand Court of the Cayman Islands (the "Appraisal Proceeding"), to which Petitioner is a party.

In support of its petition, Petitioner submits a Memorandum of Law and attaches the Declarations of Minyao Wang and Samuel Dawson, including exhibits thereto. Petitioner further states as follows:

1.      Petitioner seeks the assistance of this Court to obtain certain discovery, consisting of document production and deposition testimony, from TuSimple, which is a corporation "found" for purposes of Section 1782 in this judicial District. Petitioner's discovery requests are set forth in the proposed subpoena attached as Exhibit A to the Minyao Wang Declaration and relate to the fair value of the shares of Sina Corporation ("Sina" or the "Company") held by Petitioner.

2.      As explained in the accompanying Memorandum of Law, the Company, previously listed in the United States, went private in March 2021 for what Oasis and other dissenting shareholders contend was woefully inadequate consideration. The Appraisal Proceeding will determine the fair value of the Sina shares.  Sina holds a significant ownership interest in TuSimple. Therefore, the valuation of TuSimple is a central question in the Appraisal Proceeding.

3.      As set forth in the accompanying Samuel Dawson Declaration, the discovery sought by Oasis herein cannot be, as a practical matter, obtained in the Appraisal Proceeding. But the presiding Cayman Court will be highly receptive to receiving evidence through Section 1782.

1

4.    Section 1782 permits litigants in foreign proceedings to obtain discovery in the United States to assist in the foreign litigation. Section 1782(a) states:

> The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made . . . upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court.

5.    The statutory requirements of Section 1782 are satisfied here. As explained in the accompanying submissions, (1) TuSimple is "found" in this District because it is headquartered in San Diego, according to the official records of the California Secretary of State, (2) the discovery sought herein will be used in the Appraisal Proceeding, and (3) Petitioner is an "interested person" in that proceeding.

6.    This Petition also meets the discretionary factors of Section 1782, as explained further in the accompanying Memorandum of Law: (1) TuSimple is not a party to the Appraisal Proceeding; (2) the courts in the Cayman Islands will be highly receptive to judicial assistance from this Court; (3) Petitioner is not attempting to circumvent foreign proof-gathering restrictions; and (4) the proposed discovery is not intrusive or burdensome. *See Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004).

7.    Consistent with the prevailing practices of district courts in the Ninth Circuit, Petitioner submits that *ex parte* relief should be granted here. This would not prejudice Respondent because Respondent would have the opportunity to move this Court for relief prior to the deadline to comply with the Petitioner's subpoena.

8.    Petitioner therefore respectfully requests that this Court expeditiously grant its Petition for an *ex parte* order granting Petitioner leave to serve TuSimple with the subpoena attached as Exhibit A to the Minyao Wang Declaration.

1    WHEREFORE, Petitioner respectfully requests that this Court enter an Order:

2    a.    Granting Oasis's Petition for discovery under 28 U.S.C. § 1782;

3    b.    Authorizing Petitioner to take discovery from TuSimple, by issuing the

4    proposed subpoena;

5    c.    Directing Respondent to comply with the subpoena issued in this case

6    by producing the requested documents within 30 days of the service of the Order;

7    and

8    d.    Directing Respondent to produce a corporate representative for a Rule

9    30(b)(6) deposition after completion of document production.

10    DATED: January 21, 2022          **REID COLLINS & TSAI LLP**

11                                      By *s/ Marc S T Dworsky*

12
                                        Marc S T Dworsky (SBN 157413)
13                                      mdworsky@reidcollins.com
                                        REID COLLINS & TSAI LLP
14                                      7 W. Figueroa Street, Suite 300
                                        Santa Barbara, CA 93101
15                                      Telephone: (213) 429-4022

16                                      William T. Reid (*pro hac vice*)
                                        wreid@reidcollins.com
17                                      REID COLLINS & TSAI LLP
                                        1301 S. Capital of Texas Hwy
18                                      Suite C300
                                        Austin, TX 78746
19                                      Telephone: (512) 647-6100
                                        Fax: (512)647-6129
20
                                        Jonathan M. Kass (*pro hac vice*)
21                                      jkass@reidcollins.com
                                        REID COLLINS & TSAI LLP
22                                      1007 N. Orange Street
                                        Nemours Bldg – 4th Floor
23                                      Wilmington, DE 19801
                                        Telephone: (302) 467-1765
24
                                        Rachel S. Fleishman (*pro hac vice*)
25                                      rfleishman@reidcollins.com
                                        Minyao Wang (*pro hac vice*)
26                                      mwang@reidcollins.com
                                        REID COLLINS & TSAI LLP
27                                      330 West 58th Street, Suite 403
                                        New York, NY 10019
28

1

Telephone: (212) 344-5200
Fax: (212) 344-5299

2

3

*Attorneys for Petitioner*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF PETITION AND PETITION OF OASIS FOCUS FUND LP FOR AN EX PARTE ORDER
OF JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C.§ 1782