UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: EX PARTE PETITION OF OASIS FOCUS FUND LP FOR AN ORDER OF JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782, | Case No.:  22-mc-0112-BGS<br><br>**ORDER** |

    This matter came before the Court on the *Ex Parte* Petition for an Order to Take Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 ("Application") of Oasis Focus Fund LP ("Oasis") in aid of an appraisal proceeding pending in the Financial Services Division of the Grand Court of the Cayman Islands ("Appraisal Proceeding").  (ECF 1.)  Oasis is a party to the Appraisal Proceeding and seeks to issue a subpoena (Decl. of Minyao Wang ¶ 4, Exhibit A) to TuSimple Holdings Inc. ("TuSimple").  The Court has considered the Application, Memorandum of Points and Authorities in Support of the Application, and the exhibits and declarations attached thereto.  (ECF 1.)

    Under 28 U.S.C. § 1782, the Court may order the production of documents or giving of testimony in the United States for use in a foreign or international tribunal if the following statutory requirements are met: (1) the person from whom the discovery is

sought resides or is found in the district; (2) the discovery sought is for use in a foreign or international tribunal; (3) "the application is made by a foreign tribunal or 'any interested person' in those foreign proceedings." *In re Mireskandari*, Case No. 12-cv-2865-IEG (DHB), 2012 WL 12877390, at *2 (S.D. Cal. December 20, 2012) (quoting 28 U.S.C. § 1782(a)).  Additionally, in considering whether to order the discovery requested, courts should consider the following factors: (1) if "the person from whom the discovery is sought is a participant in the foreign proceedings;" (2) "the receptivity of the foreign government or the court or agency abroad to U.S. federal-court judicial assistance;" (3) "whether the § 1782(a) request conceals an attempt to circumvent foreign proof-gathering restrictions;" and (4) whether the discovery is "unduly intrusive or burdensome." *Intel Corp v. Advanced Micro Devices*, 542 U.S. 241, 264-65 (2004); *see also In re Mireskandari*, 2012 WL 12877390, at *2.

  The Court has determined the statutory requirements are met and the factors weigh in favor of issuing the Order requested.  Accordingly, it is hereby **ORDERED** that the Subpoena on TuSimple requested by Oasis may be issued and served.

Dated:  March 7, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge